984

No. 93–6361. HAWKINS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 93–6363. HENRY *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 93–6365. HESSELL *v.* OVERTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–6369. BUTCHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6375. OVIATT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6377. OKOLO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6380. SIMMONS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6390. TOOMEY *v.* IOWA DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Iowa. Certiorari denied.

No. 93–6401. PRUETT *v.* THOMPSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 93–143. NORTH CAROLINA *v.* BALLARD; and NORTH CAROLINA *v.* BATES. Sup. Ct. N. C. Motions of respondents Lonnie Ballard and Joseph Earl Bates for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–318. CONSUMER FEDERATION OF AMERICA ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–1511. GRYNBERG ET AL. *v.* UNITED STATES ET AL., *ante,* p. 812;

No. 93–88. FERNANDES *v.* ROCKAWAY TOWNSHIP TOWN COUNCIL ET AL., *ante,* p. 863; ·

No. 93–151. GREENE v. NEW YORK STOCK EXCHANGE, INC., ET AL., *ante*, p. 866;

No. 93–161. AMERICOM DISTRIBUTING CORP. v. ACS COMMUNICATIONS, INC., *ante*, p. 867;

No. 93–170. EPPERLY ET AL. v. UNITED STATES ET AL., *ante*, p. 867;

No. 93–230. MCGOWAN v. CROSS ET AL., *ante*, p. 909;

No. 93–5164. TYLER v. MOORE ET AL., *ante*, p. 879;

No. 93–5277. TYLER v. GEILER ET AL., *ante*, p. 885; and

No. 93–5636. IN RE COOPER ET UX., *ante*, p. 809. Petitions for rehearing denied.

## NOVEMBER 16, 1993

No. 93–531. FUJIKAWA ET AL. v. PML SECURITIES CO. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

## NOVEMBER 17, 1993

No. 93–530. KING ET AL. v. E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 93–337. GENERAL CHEMICAL CORP. v. DE LA LASTRA ET AL. Sup. Ct. Tex. Certiorari dismissed under this Court's Rule 46.1.

## NOVEMBER 18, 1993

No. 92–1646. FORMBY v. UNITED STATES [and other cases under this Court's Rule 12.2]. Certiorari dismissed as to petitioner James Formby under this Court's Rule 46.1.

## NOVEMBER 22, 1993

No. 92–1274. ANAGO INC. v. TECNOL MEDICAL PRODUCTS, INC. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.